Andrew Purdy (State Bar No. 261912)
apurdy@herrerapurdy.com
**HERRERA PURDY LLP**
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Telephone: (949) 936-0900
Facsimile: (855) 969-2050

*Attorneys for Plaintiff Impossible Aerospace Corporation*

Terrence R. McInnis (State Bar No. 155416)
terrence.mcinnis@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

*Attorneys for Defendant Evanston Insurance Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IMPOSSIBLE AEROSPACE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | Case No.: 4:19-cv-07241-SBA<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Saundra B. Armstrong<br>Complaint Filed: November 1, 2019 |

STIPULATION OF DISMISSAL          CASE NO. 4:19-CV-07241-SBA

The Parties hereto, through their undersigned counsel, do hereby stipulate as follows:

Pursuant to the terms of the Parties' settlement agreement and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims of Plaintiff Impossible Aerospace Corporation in the above-captioned proceeding are hereby dismissed, with prejudice, against Defendant Evanston Insurance Company. The Parties agree that each will bear its own costs.

Dated: October 20, 2020

/s/ Andrew M. Purdy
Andrew M. Purdy

**HERRERA PURDY LLP**

*Attorneys for Plaintiff Impossible Aerospace Corporation*

Dated: October 20, 2020

/s/ Terrence R. McInnis
TERRENCE R. MCINNIS

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*Attorneys for Defendant Evanston Insurance Company*

### ATTESTATION OF FILER

I, Andrew M. Purdy, attest pursuant to Civil L. R. 5-1(i)(3), that I have obtained the concurrence of the other signatories to this Stipulation of Dismissal.

Dated: October 20, 2020         By: /s/ Andrew M. Purdy

STIPULATION OF DISMISSAL                                    CASE NO. 4:19-CV-07241-SBA